1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   Email: kdumont@wsgr.com
2  KORAY J. BULUT, State Bar No. 230298
   Email: kbulut@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market Street
   Spear Tower, Suite 3300
5  San Francisco, CA 94105-1126
   Telephone: (415) 947-2000
6  Facsimile: (415) 947-2099

7  Attorneys for Defendant
   INTERACTIVE TKO, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG TANNER, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>INTERACTIVE TKO, INC., a Corporation<br><br>    Defendant. | CASE NO.: CV 09-3488 EMC<br><br>**STIPULATION TO EXTEND DEFENDANT INTERACTIVE TKO, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>ORDER |

Pursuant to Local Civil Rule 6-1, Defendant Interactive TKO, Inc. ("Interactive TKO") and Plaintiff Greg Tanner ("Plaintiff"), hereby stipulate:

WHEREAS, on or about August 3, 2009, Interactive TKO was served by certified mail with Plaintiff's Complaint in the above captioned matter;

WHEREAS, Plaintiff has agreed to provide Interactive TKO with an extension of time to respond to the Complaint.

NOW THEREFORE, Plaintiff and Interactive TKO by and through their respective counsel, hereby stipulate that Defendant Interactive TKO's response to Plaintiff's Complaint shall be due on September 17, 2009.

Dated: August 26, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Kristen Garcia Dumont
Kristen Garcia Dumont

Attorneys for Defendant
INTERACTIVE TKO, INC.

Dated: August 26, 2009

BOHN & BOHN LLP

By: : /s/Robert H. Bohn, Jr.
Robert H. Bohn, Jr.

Attorneys for Plaintiff
GREG TANNER

IT IS SO ORDERED:

Edward M. Chen
U.S. Magistrate Judge

1     I, Kristen Garcia Dumont, am the ECF User whose identification and password are being used to file the Stipulation To Extend Defendant Interactive TKO, Inc.'s Time to Respond to Complaint. I hereby attest that Robert H. Bohn, Jr. has concurred in this filing.

Dated: August 26, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Kristen Garcia Dumont
      Kristen Garcia Dumont

Attorneys for Defendant
INTERACTIVE TKO, INC.

STIPULATION TO EXTEND DEFENDANT INTERACTIVE TKO'S TIME TO RESPOND TO COMPLAINT
CASE NO.: CV-09-3488 EMC

-3-

3768662_1.DOC