KRISTEN GARCIA DUMONT, State Bar No. 191554
Email: kdumont@wsgr.com
KORAY J. BULUT, State Bar No. 230298
Email: kbulut@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099

Attorneys for Defendant
INTERACTIVE TKO, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG TANNER, an individual<br><br>         Plaintiff,<br><br>     v.<br><br>INTERACTIVE TKO, INC., a Corporation<br><br>         Defendant. | CASE NO.:  CV 09-3488 EMC<br><br>**STIPULATION TO EXTEND DEFENDANT INTERACTIVE TKO, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>ORDER |

Pursuant to Local Civil Rule 6-1, Defendant Interactive TKO, Inc. ("Interactive TKO") and Plaintiff Greg Tanner ("Plaintiff"), hereby stipulate:

WHEREAS, on or about August 3, 2009, Interactive TKO was served by certified mail with Plaintiff's Complaint in the above captioned matter;

WHEREAS, Plaintiff has agreed to provide Interactive TKO with an extension of time to respond to the Complaint.

1    NOW THEREFORE, Plaintiff and Interactive TKO by and through their respective

2 counsel, hereby stipulate that Defendant Interactive TKO's response to Plaintiff's Complaint

3 shall be due on September 17, 2009.

4

5 Dated: August 26, 2009                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
6

7
                                            By: /s/ Kristen Garcia Dumont
8                                                  Kristen Garcia Dumont

9                                           Attorneys for Defendant
                                            INTERACTIVE TKO, INC.
10

11

12 Dated: August 26, 2009                    BOHN & BOHN LLP

13

14                                           By: : /s/Robert H. Bohn, Jr.
                                                    Robert H. Bohn, Jr.
15
                                             Attorneys for Plaintiff
16                                           GREG TANNER

17

18    IT IS SO ORDERED:

19

20   _____
     Edward M. Chen
21   U.S. Magistrate Judge

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEFENDANT                    -2-                            3768662_1.DOC
INTERACTIVE TKO'S TIME TO RESPOND TO
COMPLAINT
CASE NO.: CV-09-3488 EMC

1  I, Kristen Garcia Dumont, am the ECF User whose identification and password are being used to file the Stipulation To Extend Defendant Interactive TKO, Inc.'s Time to Respond to Complaint.  I hereby attest that Robert H. Bohn, Jr. has concurred in this filing.

Dated:  August 26, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Kristen Garcia Dumont
        Kristen Garcia Dumont

Attorneys for Defendant
INTERACTIVE TKO, INC.

STIPULATION TO EXTEND DEFENDANT
INTERACTIVE TKO'S TIME TO RESPOND TO
COMPLAINT
CASE NO.:  CV-09-3488 EMC

-3-

3768662_1.DOC