IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG TANNER,<br><br>    Plaintiff,<br><br>   v.<br><br>INTERACTIVE TKO INC.,<br><br>    Defendant.<br>_____ / | No. C 09-03488 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 19, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>June 2, 2010</u>.

DESIGNATION OF EXPERTS: <u>5/19/10</u>; REBUTTAL: <u>n/a</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 30, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 9, 2010</u>;

    Opp. Due <u>July 23, 2010</u>; Reply Due <u>July 30, 2010</u>;

    and set for hearing no later than <u>August 13, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 21, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 27, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation in late February 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                  SUSAN ILLSTON
                                                  United States District Judge