1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   Email: kdumont@wsgr.com
2  KORAY J. BULUT, State Bar No. 230298
   Email: kbulut@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market Street
   Spear Tower, Suite 3300
5  San Francisco, CA 94105-1126
   Telephone: (415) 947-2000
6  Facsimile: (415) 947-2099

7  Attorneys for Defendant
   INTERACTIVE TKO, INC.
8
   ROBERT H. BOHN, JR., State Bar No. 176952
9  BOHN & BOHN LLP
   152 N. Third Street
10 Suite 200
   San Jose, CA 95112
11 Telephone: (408) 279-4222
   Facsimile: (408) 295-2222
12 Email: rob@bohnlaw.com

13 Attorneys for Plaintiff
   GREG TANNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG TANNER, an individual | CASE NO.: CV 09-3488 SI |
| Plaintiff, | **AMENDED STIPULATION SELECTING MEDIATOR FOR ADR PROCESS** |
| v. | |
| INTERACTIVE TKO, INC., a Corporation | |
| Defendant. | |

Pursuant to Local Civil Rule 6-1, Defendant Interactive TKO, Inc. ("Interactive TKO") and Plaintiff Greg Tanner ("Plaintiff"), hereby stipulate:

WHEREAS, on or about November 30, 2009, the parties filed a Stipulation Selecting Mediator for ADR Process selecting as a mediator Mark Rudy of Rudy Exelrod Zieff & Lowe, LLP;

WHEREAS, a scheduling conflict arose and Mr. Rudy's limited availability necessitated the selection of a new mediator;

NOW THEREFORE, Plaintiff and Interactive TKO, by and through their respective counsel, hereby stipulate and inform the Court that they will instead participate in mediation on March 31, 2010 before Elaine Leitner of the California Academy of Distinguished Neutrals, located in Oakland, California.

Dated: February 22, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Koray J. Bulut
     Koray J. Bulut

Attorneys for Defendant
INTERACTIVE TKO, INC.


Dated: February 22, 2010

BOHN & BOHN LLP


By: : /s/ Robert H. Bohn, Jr.
     Robert H. Bohn, Jr.

Attorneys for Plaintiff
GREG TANNER

1    I, Koray J. Bulut, am the ECF User whose identification and password are being used to
2  file the Stipulation Selecting Mediator for ADR Process. I hereby attest that Robert H. Bohn, Jr.
3  has concurred in this filing.

5  Dated: February 22, 2010                WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                           By: /s/ Koray J. Bulut
                                               Koray J. Bulut

                                           Attorneys for Defendant
                                           INTERACTIVE TKO, INC.

