1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   Email: kdumont@wsgr.com
2  KORAY J. BULUT, State Bar No. 230298
   Email: kbulut@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market Street
   Spear Tower, Suite 3300
5  San Francisco, CA 94105-1126
   Telephone:  (415) 947-2000
6  Facsimile:  (415) 947-2099

7  Attorneys for Defendant
   INTERACTIVE TKO, INC.
8
   ROBERT H. BOHN, JR., State Bar No. 176952
9  BOHN & BOHN LLP
   152 N. Third Street
10 Suite 200
   San Jose, CA 95112
11 Telephone: (408) 279-4222
   Facsimile: (408) 295-2222
12 Email:  rob@bohnlaw.com

13 Attorneys for Plaintiff
   GREG TANNER
14
                    UNITED STATES DISTRICT COURT
15
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17

18 | GREG TANNER, an individual       ) CASE NO.:  CV 09-3488 SI
                                      )
19 |          Plaintiff,               ) **AMENDED STIPULATION
                                      ) SELECTING MEDIATOR FOR ADR
20 |      v.                           ) PROCESS**
                                      )
21 | INTERACTIVE TKO, INC., a Corporation )
                                      )
22 |          Defendant.               )
                                      )
23                                     )
                                      )
24 |_____)

25        Pursuant to Local Civil Rule 6-1, Defendant Interactive TKO, Inc. ("Interactive TKO")

26 and Plaintiff Greg Tanner ("Plaintiff"), hereby stipulate:

27

28

AMENDED STIPULATION SELECTING MEDIATOR                                3894568_1.DOC
FOR ADR PROCESS
CASE NO.:  CV-09-3488 SI

1  WHEREAS, on or about November 30, 2009, the parties filed a Stipulation Selecting
2  Mediator for ADR Process selecting as a mediator Mark Rudy of Rudy Exelrod Zieff & Lowe,
3  LLP;
4  WHEREAS, a scheduling conflict arose and Mr. Rudy's limited availability necessitated
5  the selection of a new mediator;
6  NOW THEREFORE, Plaintiff and Interactive TKO, by and through their respective
7  counsel, hereby stipulate and inform the Court that they will instead participate in mediation on
8  March 31, 2010 before Elaine Leitner of the California Academy of Distinguished Neutrals,
9  located in Oakland, California.

10

11 Dated:  February 22, 2010                WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
12
13
                                            By:  /s/ Koray J. Bulut
14                                                Koray J. Bulut

15                                          Attorneys for Defendant
                                            INTERACTIVE TKO, INC.
16

17

18 Dated:  February 22, 2010                BOHN & BOHN LLP

19

20                                          By: :  /s/ Robert H. Bohn, Jr.
                                                   Robert H. Bohn, Jr.
21
                                            Attorneys for Plaintiff
22                                          GREG TANNER

23

24

25

26

27

28

1  I, Koray J. Bulut, am the ECF User whose identification and password are being used to
2  file the Stipulation Selecting Mediator for ADR Process.  I hereby attest that Robert H. Bohn, Jr.
3  has concurred in this filing.

Dated:  February 22, 2010            WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By:  /s/ Koray J. Bulut
                                          Koray J. Bulut

                                     Attorneys for Defendant
                                     INTERACTIVE TKO, INC.



AMENDED STIPULATION SELECTING MEDIATOR
FOR ADR PROCESS
CASE NO.:  CV-09-3488 SI

-3-

3894568_1.DOC