1  KRISTEN GARCIA DUMONT, State Bar No. 191554
   Email: kdumont@wsgr.com
2  KORAY J. BULUT, State Bar No. 230298
   Email: kbulut@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  One Market Street
   Spear Tower, Suite 3300
5  San Francisco, CA 94105-1126
   Telephone: (415) 947-2000
6  Facsimile: (415) 947-2099

7  Attorneys for Defendant
   INTERACTIVE TKO, INC.
8
   ROBERT H. BOHN, JR., State Bar No. 176952
9  BOHN & BOHN LLP
   152 N. Third Street
10 Suite 200
   San Jose, CA 95112
11 Telephone: (408) 279-4222
   Facsimile: (408) 295-2222
12 Email: rob@bohnlaw.com

13 Attorneys for Plaintiff
   GREG TANNER

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG TANNER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERACTIVE TKO, INC., a Corporation<br><br>　　　　Defendant. | CASE NO.: CV 09-3488 SI<br><br>**STIPULATION RESCHEDULING MARCH 19, 2010 CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Local Civil Rule 7-12, Defendant Interactive TKO, Inc. ("Interactive TKO") and Plaintiff Greg Tanner ("Plaintiff") (collectively, the "Parties"), hereby stipulate:

WHEREAS, on or about December 4, 2009, the Parties participated in the Initial Case Management Conference, during which the case was continued until March 19, 2010 for Further Case Management Conference;

WHEREAS, on or about February 22, 2010, pursuant to stipulation between the Parties, this Court ordered that the Parties participate in mediation before Elaine Leitner of the California Academy of Distinguished Neutrals, in Oakland, California, on March 31, 2010;

WHEREAS, the Parties agree that a further Case Management Conference would be more productive if rescheduled to a date after March 31, 2010;

NOW THEREFORE, Plaintiff and Interactive TKO, by and through their respective counsel, hereby stipulate and request that the Case Management Conference currently scheduled for March 19, 2010 be rescheduled to a date amenable to the Court after March 31, 2010.

Dated: March 9, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Koray J. Bulut
     Koray J. Bulut

Attorneys for Defendant
INTERACTIVE TKO, INC.

Dated: March 9, 2010

BOHN & BOHN LLP

By: : /s/ Robert H. Bohn, Jr.
     Robert H. Bohn, Jr.

Attorneys for Plaintiff
GREG TANNER

STIPULATION RESCHEDULING MARCH 19, 2010
CASE MANAGEMENT CONFERENCE
CASE NO.: CV-09-3488 SI

-2-

3909721_1.DOC

1      I, Koray J. Bulut, am the ECF User whose identification and password are being used to

2 file the Stipulation Selecting Mediator for ADR Process. I hereby attest that Robert H. Bohn, Jr.

3 has concurred in this filing.

5 Dated: March 9, 2010                           WILSON SONSINI GOODRICH & ROSATI
                                                                           Professional Corporation

By: /s/ Koray J. Bulut
       Koray J. Bulut

Attorneys for Defendant
INTERACTIVE TKO, INC.

  The case management conference has been continued to Friday, April 9, 2010, at 9:00 a.m.

IT IS SO ORDERED

/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RESCHEDULING MARCH 19, 2010        -3-                             3909721_1.DOC
CASE MANAGEMENT CONFERENCE
CASE NO.: CV-09-3488 SI