KRISTEN GARCIA DUMONT, State Bar No. 191554
Email: kdumont@wsgr.com
KORAY J. BULUT, State Bar No. 230298
Email: kbulut@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099

Attorneys for Defendant
INTERACTIVE TKO, INC.

ROBERT H. BOHN, JR., State Bar No. 176952
BOHN & BOHN LLP
152 N. Third Street
Suite 200
San Jose, CA 95112
Telephone: (408) 279-4222
Facsimile: (408) 295-2222
Email:  rob@bohnlaw.com

Attorneys for Plaintiff
GREG TANNER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG TANNER, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERACTIVE TKO, INC., a Corporation<br><br>　　　　Defendant. | CASE NO.:  CV 09-3488 SI<br><br>**STIPULATION RESCHEDULING MARCH 19, 2010 CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Local Civil Rule 7-12, Defendant Interactive TKO, Inc. ("Interactive TKO") and Plaintiff Greg Tanner ("Plaintiff") (collectively, the "Parties"), hereby stipulate:

1     WHEREAS, on or about December 4, 2009, the Parties participated in the Initial Case

2 Management Conference, during which the case was continued until March 19, 2010 for Further

3 Case Management Conference;

4     WHEREAS, on or about February 22, 2010, pursuant to stipulation between the Parties,

5 this Court ordered that the Parties participate in mediation before Elaine Leitner of the California

6 Academy of Distinguished Neutrals, in Oakland, California, on March 31, 2010;

7     WHEREAS, the Parties agree that a further Case Management Conference would be

8 more productive if rescheduled to a date after March 31, 2010;

9     NOW THEREFORE, Plaintiff and Interactive TKO, by and through their respective

10 counsel, hereby stipulate and request that the Case Management Conference currently scheduled

11 for March 19, 2010 be rescheduled to a date amenable to the Court after March 31, 2010.

13 Dated: March 9, 2010      WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

By: /s/ Koray J. Bulut
    Koray J. Bulut

Attorneys for Defendant
INTERACTIVE TKO, INC.

20 Dated: March 9, 2010      BOHN & BOHN LLP

By: : /s/ Robert H. Bohn, Jr.
    Robert H. Bohn, Jr.

Attorneys for Plaintiff
GREG TANNER

1   I, Koray J. Bulut, am the ECF User whose identification and password are being used to
2 file the Stipulation Selecting Mediator for ADR Process. I hereby attest that Robert H. Bohn, Jr.
3 has concurred in this filing.

Dated: March 9, 2010                    WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                        By:  /s/ Koray J. Bulut
                                             Koray J. Bulut

                                        Attorneys for Defendant
                                        INTERACTIVE TKO, INC.


The case management conference has been continued to Friday, April 9, 2010, at 9:00 a.m.

**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA