*E-Filed 5/3/10*

ROBERT H. BOHN, JR., State Bar No. 176952
BOHN & BOHN LLP
152 N. Third Street, Suite 200
San Jose, CA 95112
Telephone: (408) 279-4222
Facsimile: (408) 295-2222
Email: rob@bohnlaw.com

Attorneys for Plaintiff
GREG TANNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG TANNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERACTIVE TKO, INC.,<br><br>　　　　Defendant. | CASE NO.:  CV 09-3488 SI<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>Complaint Filed: July 29, 2009 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party to bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  April 29, 2010　　　　　　　　　　BOHN & BOHN LLP


　　　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　　Robert H. Bohn, Jr.
　　　　　　　　　　　　　　　　　　　　　　rob@bohnlaw.com
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　                                                                        GREG TANNER

Stipulation of Dismissal and Order
CASE NO.:  CV 09-3488 RS

1  Dated: April 29, 2010							WILSON SONSINI GOODRICH & ROSATI
										Professional Corporation

										By: _____/S/_____
											Koray J. Bulut
											kbulut@wsgr.com
											Attorneys for Defendant
											INTERACTIVE TKO, INC.


Dated: __5/3/10_____			_____
										HONORABLE RICHARD SEEBORG
										United States District Court Judge

Stipulation of Dismissal and Order					-2-
CASE NO.: CV 09-3488 RS